

# Fourth Court of Appeals
## San Antonio, Texas

August 15, 2018

No. 04-18-00154-CV

**IN THE INTEREST OF G.N.H.**

From the 45th Judicial District Court, Bexar County, Texas
Trial Court No. 2017PA00642
Honorable Charles E. Montemayor, Associate Judge Presiding

## ORDER

In accordance with this court's opinion of this date, the portion of the trial court's order terminating Appellant Father A.H.'s parental rights is AFFIRMED. With respect to Appellant Mother R.C., her appeal is ABATED for appointment of new appellate counsel. The trial court is ORDERED to appoint new appellate counsel for Appellant Mother R.M.R. on or before August 25, 2018. The trial court clerk is ORDERED to file a supplemental clerk's record that includes the trial court's order on or before September 4, 2018.

The motion to withdraw filed by Manuel C. Rodriguez, Jr. is GRANTED. The motion to withdraw filed by James B. Peplinski is GRANTED.

It is so ORDERED on August 15, 2018.

_____
Karen Angelini, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 15th day of August, 2018.

_____
Keith E. Hottle, Clerk of Court